IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ADRIAN L. DAVIS, )
Reg # 13407-045 )
   Petitioner, )    **Case No. 2:12-CV-00152 SWW-JTK**
)
v. )
)
JOHN B. FOX, Warden, )
FCI-Forrest City )
   Respondent. )

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this petition without prejudice.

IT IS SO ORDERED this 13th day of May, 2013.

                      /s/Susan Webber Wright
                      UNITED STATES DISTRICT JUDGE